No. 93–5762.  PROFETA v. UNITED STATES.  C. A. D. C. Cir. Certiorari denied.  JUSTICE GINSBURG took no part in the consideration or decision of this petition.

No. 93–6074.  ESPANA v. UNITED STATES.  C. A. D. C. Cir. Certiorari denied.  JUSTICE GINSBURG took no part in the consideration or decision of this petition.

No. 93–6170.  JONES v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.  JUSTICE GINSBURG took no part in the consideration or decision of this petition.

No. 93–680.  HUBBARD, SECURITIES COMMISSIONER OF DELAWARE v. OLDE DISCOUNT CORP.  C. A. 3d Cir.  Motion of North American Securities Administrators Association, Inc., et al. for leave to file a brief as *amici curiae* granted.  Certiorari denied.

No. 93–6431.  BUSH v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

JUSTICE BLACKMUN, dissenting.

I am inclined to agree with Judge Kravitch, 988 F. 2d 1082, 1093 (CA11 1993) (opinion concurring in part and dissenting in part), and would grant certiorari on the issue whether counsel rendered effective assistance as required by the Sixth and Fourteenth Amendments.

No. 92–8494.  CABAL v. DEPARTMENT OF JUSTICE ET AL., *ante*, p. 831;

No. 92–8870.  TURNPAUGH v. MICHIGAN, *ante*, p. 975;

No. 92–8982.  IN RE HENTHORN, *ante*, p. 809;

No. 92–9114.  WILLIS v. CITY OF CLEVELAND, *ante*, p. 851;

No. 92–9175.  MARTIN v. MARYLAND, *ante*, p. 855;

No. 93–210.  TRUSTEES OF THE WELFARE TRUST FUND, LOCAL UNION NO. 475, ET AL. v. DUNSTON, NEW JERSEY COMMISSIONER OF HEALTH, ET AL., *ante*, p. 944;

No. 93–297.  METCALF v. FELEC SERVICES ET AL., *ante*, p. 931;

No. 93–303. CARTER ET AL. v. UNITED STATES ET AL., *ante*, p. 870;

No. 93–351. WHITE v. KENTUCKY, *ante*, p. 946;

No. 93–434. SUSAN R. M., BY HER NEXT FRIEND, CHARLES L. M. v. NORTHEAST INDEPENDENT SCHOOL DISTRICT ET AL., *ante*, p. 972;

No. 93–467. TILSON v. CITY OF WICHITA, KANSAS, *ante*, p. 976;

No. 93–509. MARINO v. WRITERS' GUILD OF AMERICA ET AL., *ante*, p. 978;

No. 93–5063. WILLIAMS v. LEHIGH VALLEY CARPENTERS UNION ET AL., *ante*, p. 873;

No. 93–5077. SYRIANI v. NORTH CAROLINA, *ante*, p. 948;

No. 93–5101. GILES v. THOMAS, WARDEN, *ante*, p. 876;

No. 93–5276. WEST v. OKLAHOMA, *ante*, p. 949;

No. 93–5628. STANLEY v. WHITE ET AL., *ante*, p. 921;

No. 93–5700. DAVIS v. GEORGIA, *ante*, p. 950;

No. 93–5753. HILL v. GEORGIA, *ante*, p. 950;

No. 93–5783. THOMAS v. UNITED STATES, *ante*, p. 950;

No. 93–5846. RICHARDS v. MEDICAL CENTER OF DELAWARE INC. ET AL., *ante*, p. 951;

No. 93–5911. PARTEE v. GODINEZ, WARDEN, *ante*, p. 952;

No. 93–5954. TRIESTMAN v. UNITED STATES, *ante*, p. 953;

No. 93–5957. DAVIS v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante*, p. 953;

No. 93–5967. HUMPHREY v. COLEMAN ET AL., *ante*, p. 954;

No. 93–5988. LIGHTBOURNE v. CHILES, GOVERNOR OF FLORIDA, ET AL., *ante*, p. 967;

No. 93–6002. PIPKINS v. STATE BAR OF NEVADA, *ante*, p. 968;

No. 93–6005. SCHUSTER v. SOUTH DAKOTA, *ante*, p. 968;

No. 93–6023. CARR v. CALIFORNIA, *ante*, p. 969;

No. 93–6024. BAXTER v. ROSEMEYER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GREENSBURG, ET AL., *ante*, p. 969;

No. 93–6033. IN RE MANFRED, *ante*, p. 975;

No. 93–6034. REYNA v. TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL., *ante*, p. 969;

No. 93–6038. COWTHRAN v. BROOKSHIRE GROCERY CO., *ante*, p. 955;

No. 93–6089. NORTH v. OKLAHOMA, *ante*, p. 970;

No. 93–6090.   HYDER v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante*, p. 970;

No. 93–6106.   LEWIS v. MORRIS, WARDEN, ET AL., *ante*, p. 980;

No. 93–6114.   IN RE BROOKS ET AL., *ante*, p. 975;

No. 93–6117.   SLOAN v. JONES ET AL., *ante*, p. 956;

No. 93–6133.   JOHNSON v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA, *ante*, p. 957;

No. 93–6136.   SPINDLE v. BERRONG, WARDEN, *ante*, p. 980;

No. 93–6151.   HENRY v. GULFPORT PAPER CO., INC., *ante*, p. 981;

No. 93–6173.   HUGHEY v. HAMPTON, WARDEN, ET AL., *ante*, p. 981;

No. 93–6184.   IN RE BOTELLO, *ante*, p. 942;

No. 93–6291.   IN RE NEWTOP, *ante*, p. 988;

No. 93–6346.   BARTLETT v. DOMOVICH, WARDEN, ET AL., *ante*, p. 972; and

No. 93–6430.   IN RE PORZIO, *ante*, p. 975.   Petitions for rehearing denied.

No. 90–1397.   IN RE AINSWORTH, 500 U. S. 903.   Motion of petitioner for leave to proceed further herein *in forma pauperis* granted.   Motion for leave to file petition for rehearing denied.

No. 92–9082.   KLEINSCHMIDT v. SCHWARTZ, CHIEF JUDGE, DISTRICT COURT OF APPEAL OF FLORIDA, THIRD DISTRICT, ET AL., *ante*, p. 849; and

No. 92–9159.   JEFFRESS v. RENO, ATTORNEY GENERAL OF THE UNITED STATES, *ante*, p. 854.   Motions for leave to file petitions for rehearing denied.

No. 93–277.   THERIOT ET AL. v. GREAT WESTERN COCA-COLA BOTTLING, DBA COCA-COLA BOTTLING COMPANY OF HOUSTON, *ante*, p. 972.   Petition for rehearing denied.   JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

JANUARY 14, 1994

No. 93–639.   IBANEZ v. FLORIDA DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION, BOARD OF ACCOUNTANCY.   Dist. Ct. App. Fla., 1st Dist.   Certiorari granted.   ▮